# UNITED STATES DISTRICT COURT

### for the

### Eastern District of North Carolina

United States of America
v.
Quentin Privette

)
)
)
)
)
)
)

Case No:  5:08-CR-191-1F

USM No:  70380-056

Date of Original Judgment:        February 5, 2009
Date of Previous Amended Judgment:   March 2, 2010
*(Use Date of Last Amended Judgment if Any)*

Sherri Alspaugh
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____135_____ months **is reduced to** _____108 months_____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 5, 2009 and March 2, 2010 shall remain in effect. **IT IS SO ORDERED.**

Order Date:   *2 /4 /15*

*James C. Fox*
*Judge's signature*

Effective Date:    November 1, 2015
*(if different from order date)*

James C. Fox, Senior U.S. District Court
*Printed name and title*

EDNC Rev. 11/8/2011